ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
KAITLIN H. WOLF (CA STATE BAR NO. 340582)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-6064
Kaitlin.Wolf@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBSAN LEE GRATTON,<br><br>            Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Civil No. 2:25-cv-2058-JDP<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, with the approval of the Court, that this action be remanded for further

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the

Appeals Council will remand the case to an administrative law judge for a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  Plaintiff's motion for summary judgment, ECF No. 11, is denied as moot.

Respectfully submitted,

Dated: <u>December 15, 2025</u>        LAW OFFICES OF FRANCESCO BENAVIDES

By: <u>*/s/ Francesco Benavides*</u>\*
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[\*As authorized by e-mail on December 11, 2025]

Dated: <u>December 15, 2025</u>        ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

By: <u>*/s/ Kaitlin H. Wolf*</u>
KAITLIN H. WOLF
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:    <u>December 18, 2025</u>        _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE